THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER HERNANDEZ, Appellant.

(Argued October 15, 1929; decided November 19, 1929.)

*John P. Carroll* and *George H. Burtis* for appellant.

*Elvin N. Edwards,* District Attorney (*Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.